IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

*IN RE HAGUE CHILD ABDUCTION APPLICATION*

| | |
|---|---|
| MAXIM DROZDOV,<br>*Petitioner*,<br><br>and<br><br>ANNA DROZDOVA,<br>a/k/a ANNA DONALDSON<br>*Respondent*. | )<br>)<br>)   Case No. <u>4:10-CV-1002</u><br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING PETITIONER'S FIRST MOTION
TO FILE PROPOSED ORDER UNDER SEAL**

Having reviewed Petitioner's *First Motion to File Proposed Order under Seal [Doc. #68]*, and any responses or replies thereto, and upon being duly advised in the premises, Petitioner's *Motion* is hereby <u>GRANTED</u>. Petitioner may file an un-redacted copy of the July 8, 2010, *Order [Doc. #63]* granting *Motion to Renew Child A's Passport or to Issue Travel Papers [Doc. #31]*.

SO ORDERED AND ADJUDGED:

_____          Dated: July 15, 2010
Hon. Henry E. Autrey

1